MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI·GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005

Attorneys for Plaintiff

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JULLIE Z. LAL (Cal. State Bar No. 279067)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone:     (415) 856-7000
Facsimile:     (415) 856-7100
jeffwohl@paulhastings.com
jullielal@paulhastings.com
justinscott@paulhastings.com

REGAN A.W. HERALD (Cal. State Bar No. 251879)
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
reganherald@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY PROVOST,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | No. 3:15-CV-05280-WHA<br><br>[**PROPOSED**] ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Judge: Hon. William Alsup |

1  Pursuant to the stipulation of the parties, and good cause appearing therefor,

2  IT IS ORDERED that plaintiff's claims and this action shall be and hereby are
3  DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

5  Dated:  July 25, 2016.                .    _____
6                                              Hon. William Alsup
                                                United States District Judge